# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGANPREET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>UR M. JADDOU, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00180-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN TEMPORARY ABEYANCE<br><br>(ECF Nos. 8, 9) |

Plaintiff initiated this asylum case on February 6, 2023, and served Defendants on February 8, 2023. (ECF Nos. 1, 5.) The initial scheduling conference is currently set for June 27, 2023. (ECF No. 8.) On April 10, 2023, the Court granted the parties' request to continue the date for Defendants to answer the complaint to May 10, 2023. (ECF No. 8.)

On April 24, 2023, the parties submitted a stipulated request to hold the instant case in temporary abeyance. (ECF No. 9.) The case concerns Plaintiff's asylum application, which has been pending with U.S. Citizenship and Immigration Services (USCIC) since May 2017. The parties proffer that Plaintiff is currently scheduled for an interview on the asylum application on September 13, 2023, and that the parties anticipate the instant action will be rendered moot one USCIS completes its adjudication of Plaintiff's application, which USCIS will endeavor to do withing 120 days of the completion of the interview. The parties further proffer that, if the

agency is required to reschedule Plaintiff's interview, it would endeavor to do so within four weeks. Therefore, the parties request the Court vacate all current filing deadlines and the initial scheduling conference hearing, and hold the case in temporary abeyance through January 13, 2024, to permit resolution of the interview and anticipated resolution of Plaintiff's application.

The Court finds good cause exists to grant the parties' stipulated request. However, the Court shall require the parties to submit a joint status report as to the USCIS proceedings.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. This matter is held in temporary abeyance, pending resolution of Plaintiff's interview and USCIC decision, until January 13, 2024;
2. The initial scheduling conference, currently set for June 27, 2023, is VACATED;
3. Defendants' deadline to respond to the complaint is VACATED; and
4. The parties shall file a status report as to the status of Plaintiff's asylum application within fourteen days of resolution of Plaintiff's application, or by January 13, 2024, whichever occurs first.

IT IS SO ORDERED.

Dated:   **April 24, 2023**

UNITED STATES MAGISTRATE JUDGE